UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:09CR510-8 |
| | ) | |
| PLAINTIFF, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| GALYNA VOLOCHIY, | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kenneth S. McHargh's Report and Recommendation that the Court ACCEPT Defendant Galyna Volochiy's ("Defendant") plea of guilty and enter a finding of guilty against Defendant.  (Dkt. # 82).

On November 23, 2009, the Government filed an Indictment against Defendant.  (Dkt. # 12).  On January 26, 2010, this Court issued an order assigning this case to Magistrate Judge McHargh for the purpose of arraignment and receiving Defendant's guilty plea.  (Dkt. # 77).

On January 27, 2010, a hearing was held in which Defendant entered a plea of guilty to Count One of the Indictment, conspiracy to unlawfully produce identification documents and false identification documents, in violation of 18 U.S.C. § 1028(f), 18 U.S.C. § 1028(b)(1)(A)(ii), and 18 U.S.C. § 1028(b)(1)(B). Magistrate Judge McHargh  received Defendant's guilty plea and issued a Report

and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 82).

Neither party objected to Magistrate Judge McHargh's R&R in the fourteen (14) days after it was issued.

On *de novo* review of the record, Magistrate Judge McHargh's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of violating 18 U.S.C. § 1028(f), 18 U.S.C. § 1028(b)(1)(A)(ii), and 18 U.S.C. § 1028(b)(1)(B). The sentencing will be held on May 12, 2010, at 10:00 a.m.

**IT IS SO ORDERED**.

*/s/ Peter C. Economus* **- February 18, 2010**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**